UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MARIO GIL

VERSUS

ABC INSURANCE COMPANY, ENI US
OPERATING CO., INC., and SAIPEM
AMERICA, INC.

CIVIL ACTION NO.: 6:24-cv-00201

JUDGE SUMMERHAYS

MAGISTRATE JUDGE AYO

**MOTION FOR SUMMARY JUDGMENT ON BEHALF OF
DEFENDANT SAIPEM (PORTUGAL) COMERCIO MARITIMO, SU, LDA**

Defendant, Saipem (Portugal) Comercio Maritimo, SU, LDA ("Saipem"), respectfully moves for summary judgment dismissal of all claims asserted against it by Plaintiff, Mario Gil, which are governed exclusively by the Longshore and Harbor Workers' Compensation Act ("LHWCA"), 33 U.S.C. § 905(b), and the duties set forth in *Scindia Steam Nav. Co. Ltd. v. De Los Santos*, 451 U.S. 156 (1981). Summary judgment is appropriate because there is no genuine issue of material fact that Plaintiff is unable prove an essential element of his § 905(b) negligence claims against Saipem, *i.e.* there is no evidence of a "hazard" under Saipem's control that caused Plaintiff to slip. Indeed, the Fifth Circuit has routinely held that a purported lack of or insufficient non-skid on the deck of a vessel is not a hazard for purposes of the limited § 905(b) duties provided in *Scindia*. Thus, summary judgment is appropriate as a matter of fact and law, and Plaintiff's claims against Saipem should be dismissed in their entirety.

Respectfully submitted,

/s/ Alexander J. Baynham
Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
Lance C. Bullock (Bar #38519)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108
Email: tpdiaz@liskow.com
Email: ajbaynham@liskow.com
Email: lbullock@liskow.com

and

**MURPHY, ROGERS, SLOSS,
GAMBEL & TOMPKINS**

/s/ Peter B. Tompkins
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Suite 400, Hancock Whitney Center
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

***Attorneys for Saipem (Portugal) Comercio Maritimo, SU, LDA***