UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARIO GIL | CIVIL ACTION NO.: 6:24-cv-00201 |
| VERSUS | JUDGE SUMMERHAYS |
| ABC INSURANCE COMPANY, ENI US OPERATING CO., INC., and SAIPEM AMERICA, INC. | MAGISTRATE JUDGE AYO |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFF'S PROPOSED SAFETY EXPERT, MICHAEL LEBSACK

Defendants, Saipem (Portugal) Comercio Maritimo, SU, LDA and ENI US Operating Co., Inc., respectfully move the Court for an Order excluding testimony from the Plaintiff's proposed "safety expert," Michael Lebsack. As explained in the attached supporting memorandum, the opinions rendered by Lebsack in his report should be excluded because they are unreliable, speculative, not supported by the facts of this case, and were not based on any discernable methodology.

Respectfully submitted,

/*s/ Alexander J. Baynham*
Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
Lance C. Bullock (Bar #38519)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108
Email: tpdiaz@liskow.com
Email: ajbaynham@liskow.com
Email: lbullock@liskow.com

**MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS**

*/s/ Peter B. Tompkins*
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Suite 400, Hancock Whitney Center
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

***Attorneys for Saipem (Portugal) Comercio Maritimo, SU, LDA***

**and**

*/s/ Christopher M. Hannan*
CHRISTOPHER M. HANNAN (#31765)
STEPHEN B. REYNOLDS, JR. (#41384)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone:  (504) 582-8353
Facsimile:   (504) 589-8353
Email:  channan@joneswalker.com
          sreynolds@joneswalker.com

***Counsel for Defendant Eni US Operating Co. Inc***