UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARIO GIL | CIVIL ACTION NO.: 6:24-cv-00201 |
| VERSUS | JUDGE SUMMERHAYS |
| ABC INSURANCE COMPANY, ENI US OPERATING CO., INC., and SAIPEM AMERICA, INC. | MAGISTRATE JUDGE AYO |

**AFFIRMATION OF SETTLEMENT NEGOTIATIONS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MARIO GIL, and Defendants, Saipem (Portugal) Comercio Maritimo, S.U., LDA and ENI US Operating Co., Inc., who, in accordance with this Court's applicable Scheduling Order [Doc. 40] submit this affirmation of settlement discussions, to-wit:

1.

The parties attempted to resolve this matter through mediation before a third-party mediator on August 4, 2026.

2.

At the August 4, 2026, mediation, the parties were unable to resolve this matter. Accordingly, the parties have participated in settlement discussions in connection with the above-captioned matter.

Respectfully submitted,

BROUSSARD, DAVID & MOROUX

*/s/ Jerome H. Moroux*

JEROME H. MOROUX (#32666)
EMILY C. BORGEN (#35441)
JOSHUA R. MARQUES (#40864)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@bdm.law
EMAIL: eborgen@bdm.law
EMAIL: josh@bdm.law
COUNSEL FOR PLAINTIFF

Respectfully submitted,

*/s/ Alexander J. Baynham*

Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
Lance C. Bullock (Bar #38519)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108
Email: tpdiaz@liskow.com
Email: ajbaynham@liskow.com

**MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS**

*/s/ Peter B. Tompkins*

Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
Suite 400, Hancock Whitney Center
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

***Attorneys for Saipem (Portugal) Comercio Maritimo, SU, LDA***

and

*/s/ Christopher M. Hannan*

CHRISTOPHER M. HANNAN (#31765)
STEPHEN B. REYNOLDS, JR. (#41384)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8353
Facsimile: (504) 589-8353
Email: channan@joneswalker.com
sreynolds@joneswalker.com

***Counsel for Defendant Eni US Operating Co. Inc***