**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MARIO GIL** | **CASE NO. 6:24-CV-00201** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ABC INSURANCE CO., ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Presently before the Court is a Joint Motion for Partial Summary Judgment [ECF No. 51] filed by Defendants ENIUS Operating Co. Inc. ("ENI") and Saipem (Portugal) Comercio Maritimo, SU, LDA ("Saipem"); a Daubert Motion [ECF No. 55] filed by ENI and Saipem; a Motion for Summary Judgment [ECF No. 52] filed by Saipem; and a Motion for Summary Judgment [ECF No. 57] filed by ENI. For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Joint Motion for Partial Summary Judgment [ECF No. 51] is GRANTED and that any claims asserted by Plaintiff Mario Gil ("Gil") under the Jones Act, general maritime law, and state law are DISMISSED.

IT IS FURTHER ORDERED that the Daubert Motion [ECF No. 55] is GRANTED IN PART and DENIED IN PART. The motion is granted to the extent it seeks to exclude Michael Lebsack's testimony relying on 1) materials that Defendants have not had an opportunity to review, 2) ANSI standards and Coast Guard regulation 46 C.F.R. §42.15-75(d), and 3) remedial measures taken by Defendants following Gil's incident. The motion is denied in all other respects.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [ECF No. 52] filed by Saipem is DENIED and the Motion for Summary Judgment [ECF No. 57] filed by ENI is GRANTED and all claims asserted against ENI are DISMISSED.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE