**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MARIO GIL** | **CASE NO. 6:24-CV-00201** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ABC INSURANCE CO ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF SETTLEMENT CONFERENCE**

This matter is set for trial before Judge Summerhays. On September 10, 2026, the undersigned magistrate judge held a settlement conference commencing at 10:00 a.m. and concluding at 12:30 p.m.[1]

Participating in the conference were Jerome Moroux on behalf of Plaintiffs and Alex Baynham and La-Sean Caselberry on behalf of Defendants.

The parties did not arrive at a resolution of the matter at the conclusion of the settlement conference. The undersigned remains available as needed to assist the parties in furtherance of resolution. Counsel are free to contact chambers should any assistance be desired.

Signed at Lafayette, Louisiana on September 10, 2026.

David J. Ayo
United States Magistrate Judge

[1]Statistical time: 2.5 hours